```
 1  TODD W. BONDER, ESQ. (CBN 116482)
    ROSENFELD, MEYER & SUSMAN, LLP
 2  9601 Wilshire Boulevard, Fourth Floor
    Beverly Hills, California 90210-5288
 3  Telephone: (310) 858-7700

 4  Attorneys for Plaintiff

 5
    CURTIS L. METZGAR, ESQ. (CBN 125932)
 6  EVEN, CRANDALL, WADE, LOWE & GATES
    9483 Haven Avenue, Suite 102
 7  Rancho Cucamonga, California 91729-4000
    Telephone: (909) 483-6700
 8
    Attorneys for Defendants
 9  BARBIE'S BALLOON BOUTIQUE aka BARBIES
    BALLOON BOUTIQUE, and BARBIE MALLEY,
10  individually and dba Barbie's Balloon
    Boutique aka Barbies Balloon Boutique
11

12                   UNITED STATES DISTRICT COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14
    DISNEY ENTERPRISES, INC., a      )  Case No. CV-98-8928 CAS (BQRx)
15  Delaware corporation,            )
                                     )  CONSENT DECREE
16              Plaintiff,           )
                                     )
17       vs.                         )
                                     )
18  BARBIE'S BALLOON BOUTIQUE aka    )
    BARBIES BALLOON BOUTIQUE, a      )
19  business entity (form unknown);  )
    BARBIE MALLEY, individually and  )
20  dba Barbie's Balloon Boutique aka)
    Barbies Balloon Boutique; BOUNCE )
21  AROUND aka BOUNCE AROUND AND     )  THIS CONSTITUTES NOTICE OF ENTRY
    CHARACTERS, a partnership; BOUNCE)  AS REQUIRED BY FRCP, RULE 77(d).
22  AROUND aka BOUNCE AROUND AND     )
    CHARACTERS, a business entity    )
23  (form unknown); MARY PORRAS,     )
    individually and dba Bounce      )
24  Around aka Bounce Around and     )
    Characters; GARY E. PORRAS,      )
25  individually and dba Bounce      )
    Around aka Bounce Around and     )
26  Characters; and DOES 1 through   )
    10, inclusive,                   )
27                                   )
                Defendants.          )
28  _____)
```

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

-1-

352895.02

WHEREAS, plaintiff, DISNEY ENTERPRISES, INC. ("Disney" or "plaintiff"), having filed a Complaint in this action charging defendants BARBIE'S BALLOON BOUTIQUE aka BARBIES BALLOON BOUTIQUE, a business entity (form unknown), and BARBIE MALLEY, individually and dba Barbie's Balloon Boutique aka Barbies Balloon Boutique (individually and collectively "Barbie's"), among others, with copyright infringement, federal unfair competition, federal trademark dilution, state statutory unfair competition, state common law trademark infringement and unfair competition, and state statutory and common law trademark dilution, and the parties hereto desiring and having agreed to settle the controversy between them,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as between the parties hereto that:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 et seq., 17 U.S.C. § 501, 15 U.S.C. § 1051 et seq., 15 U.S.C. § 1121, 28 U.S.C. Sections 1331 and 1338, and 28 U.S.C. § 1367. Service was properly made against each of BARBIE'S BALLOON BOUTIQUE aka BARBIES BALLOON BOUTIQUE, a sole proprietorship, and BARBIE MALLEY, individually and dba Barbie's Balloon Boutique aka Barbies Balloon Boutique.

2. Disney is the owner of all rights in and to the fanciful characters and copyright registrations listed in Exhibit "1" attached hereto and incorporated herein by this reference, and any trademarks and trade dress associated with the same, if applicable. (The Disney characters are hereinafter collectively referred to as the "Characters.") (Disney's copyrights,

trademarks, and other proprietary rights, including but not limited to those listed in Exhibit "1," are hereinafter referred to as the "Copyrighted Designs and Trademarks.")

3. A significant portion of Disney's business has been the creation and commercial exploitation of the Characters and the Copyrighted Designs and Trademarks on merchandise such as clothing, toys, albums, and other products and services such as retail stores, theme parks and Club Disney locations.

4. Disney has alleged that Barbie's, and each of them, have advertised, marketed, promoted and produced unauthorized public performances by individuals portraying, reproducing and displaying the Characters and Copyrighted Designs and Trademarks, or substantially similar likenesses or colorable imitations thereof, as well as the names and images thereof, have marketed, promoted and produced unauthorized and unlicensed public performances of certain songs, the copyrights in which are owned by Disney or its affiliates, and have advertised, marketed, promoted, distributed, offered for rental and rented out unauthorized inflatable bounces that portray, reproduce and display the Characters and Copyrighted Designs and Trademarks, or substantially similar likenesses or colorable imitations thereof, as well as the names and images thereof (collectively "Barbie's Alleged Unauthorized Performances and Products"), which Barbie's Alleged Unauthorized Performances and Products each infringe the Characters and Copyrighted Designs and Trademarks.

5. Barbie's, and each of them, and each of their officers, directors, employees, servants, agents, representatives, successors and assigns, and all persons and entities acting or

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

3

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

claiming to act on any of their behalf or under any of their direction or authority, and all persons and entities acting in active concert or participation with any of them within the meaning of Federal Rule of Civil Procedure 65(d) who receive notice of this order, shall forever refrain and are hereby immediately and permanently enjoined and restrained from:

    a) directly or indirectly infringing any of the above-described Copyrighted Designs and Trademarks in any manner whatsoever, including generally, but not in any way limited to, manufacturing or causing to be manufactured, producing, advertising, importing, exporting, displaying, distributing, promoting, performing, offering for sale or rental, selling, renting and/or otherwise disposing of, or otherwise offering any unauthorized product, merchandise or service, including but not limited to any costume, inflatable bounce or performance, which infringes any of said Copyrighted Designs and Trademarks, and specifically:

    (1) manufacturing or causing to be manufactured, producing, advertising, displaying, distributing, promoting, performing, offering for sale or rental, selling, renting or otherwise offering any unauthorized product, merchandise or service, including but not limited to any costume, inflatable bounce or performance, which pictures, reproduces or contains a substantially similar

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

4

likeness or colorable imitation of any of the Copyrighted Designs and Trademarks; or

  (2) manufacturing or causing to be manufactured, producing, advertising, displaying, distributing, offering for sale or rental, selling, renting or otherwise offering in connection therewith any unauthorized promotional material, label, packaging, or container which pictures, reproduces or contains a substantially similar likeness or colorable imitation of any of the Copyrighted Designs and Trademarks;

 b) importing, manufacturing, exporting, producing, distributing, advertising, promoting, performing, providing, holding for rental or sale, renting and/or selling any service, unauthorized product or merchandise bearing or using any simulation, reproduction, counterfeit or copy of any of the Copyrighted Designs and Trademarks, or any colorable imitation thereof;

 c) directly or indirectly applying or using on merchandising or services or using in connection with the manufacture, sale, rental, provision, performance, distribution, marketing or promotion thereof, any of the Copyrighted Designs and Trademarks, or any marks, emblems, logos, decals or terms which in any way imitate or simulate, or are otherwise confusingly similar in any manner to, any of the Copyrighted Designs and Trademarks;

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

5

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

d)  engaging in any acts or activities directly or indirectly likely to dilute any of the Copyrighted Designs and Trademarks, or to trade upon or injure the name, reputation or goodwill of Disney or any of its licensees or in any manner competing unfairly with Disney or any of its licensees by appropriating the distinctive features of any of the Copyrighted Designs and Trademarks;

e)  using any simulation, reproduction, counterfeit, copy or colorable imitation of any of the Copyrighted Designs and Trademarks in connection with the promotion, advertisement, display, performance, provision, rental, sale, offering for rental or sale, manufacture, importation, exportation, production, circulation or distribution of any product and/or service, in such fashion as to relate or connect, or tend to relate or connect, such product and/or service in any way to Disney, or to any goods or services sold, provided, manufactured, sponsored or approved by, or connected with Disney;

f)  making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act, which can, or is likely to, lead the trade or public, or individual members thereof, to believe that any unauthorized product and/or service imported, manufactured, exported, performed by, provided by, distributed, rented or sold by Barbie's, or any of them, is in any manner associated

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

6

or connected with Disney, or is sold, rented, performed, provided, manufactured, licensed, sponsored, approved or authorized by Disney;

g) transferring, consigning, renting, selling, shipping or otherwise moving or providing any services, unauthorized goods, packaging or other materials in any of their possession, custody or control bearing a design or style substantially identical or confusingly similar to any or all of the Copyrighted Designs and Trademarks;

h) representing in any manner, or by any method whatsoever, that any goods or services not sponsored, approved, or authorized by or originating from Disney, but imported, manufactured, exported, promoted, distributed, performed, provided by, offered for rental or sale, rented and/or sold by Barbie's, or any of them, are sponsored, approved, or authorized by or originate from Disney, or from otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or certification of such goods and services;

i) representing in any manner or by any method whatsoever that any business conducted by Barbie's, or any of them, is connected, affiliated, or otherwise associated with Disney, or from otherwise taking any action likely to cause confusion, mistake, or deception on the part of the public as to the connection, affiliation, or other association of the businesses of defendants with Disney;

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

7

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

j) committing any acts calculated to cause purchasers to falsely believe that any of Barbie's products and/or services are rented, sold or otherwise provided under the control or supervision of Disney, or sponsored by, approved by, or associated with, affiliated with, or produced under the control or supervision of Disney;

k) engaging in any further acts of Barbie's Alleged Unauthorized Performances and Products;

l) otherwise competing unfairly with Disney in any manner;

m) assisting, aiding or abetting any other person or business entity in engaging in or performing any of the prohibited activities referred to above; and

n) effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

6. This Court shall retain jurisdiction over Barbie's, and each of them, for the purpose of making any further orders necessary or proper for the construction or modification of this injunction and order, the enforcement thereof and the punishment of any violations thereof.

7. This judgment shall be deemed to have been served upon Barbie's, and each of them, at the time of its execution by the Court.

8. The Court expressly finds that there is no just reason for delay in entering this Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs entry of judgment against defendants BARBIE'S BALLOON BOUTIQUE aka BARBIES

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

8

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

BALLOON BOUTIQUE, a business entity (form unknown), and BARBIE MALLEY, individually and dba Barbie's Balloon Boutique aka Barbies Balloon Boutique.

IT IS SO ORDERED this ____ day of _____, 1999.

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

BARBIE'S BALLOON BOUTIQUE aka
BARBIES BALLOON BOUTIQUE,
a sole proprietorship

By: *Barbie Malley*
    Barbie Malley, Owner

*Barbie Malley*
BARBIE MALLEY, individually and dba
Barbie's Balloon Boutique aka
Barbies Balloon Boutique

_____
CURTIS L. METZGAR, ESQ.
WILLIAM R. LOWE, ESQ.
EVEN, CRANDALL, WADE, LOWE & GATES
Attorneys for Defendants
BARBIE'S BALLOON BOUTIQUE aka
BARBIES BALLOON BOUTIQUE, and BARBIE
MALLEY, individually and dba
Barbie's Balloon Boutique aka
Barbies Balloon Boutique

*Todd Bonder*
_____
TODD W. BONDER, ESQ.
ROSENFELD, MEYER & SUSMAN, LLP
Attorneys for Plaintiff
DISNEY ENTERPRISES, INC.

BALLOON BOUTIQUE, a business entity (form unknown), and BARBIE MALLEY, individually and dba Barbie's Balloon Boutique aka Barbies Balloon Boutique.

IT IS SO ORDERED this 3d day of November, 1999.

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

BARBIE'S BALLOON BOUTIQUE aka
BARBIES BALLOON BOUTIQUE,
a sole proprietorship

By: _Barbie Malley_____
    Barbie Malley, Owner

_Barbie Malley_____
BARBIE MALLEY, individually and dba
Barbie's Balloon Boutique aka
Barbies Balloon Boutique

_____
CURTIS L. METZGAR, ESQ.
WILLIAM R. LOWE, ESQ.
EVEN, CRANDALL, WADE, LOWE & GATES
Attorneys for Defendants
BARBIE'S BALLOON BOUTIQUE aka
BARBIES BALLOON BOUTIQUE, and BARBIE
MALLEY, individually and dba
Barbie's Balloon Boutique aka
Barbies Balloon Boutique

_____
TODD W. BONDER, ESQ.
ROSENFELD, MEYER & SUSMAN, LLP
Attorneys for Plaintiff
DISNEY ENTERPRISES, INC.

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

352895.02

9

Case No. CV 98-8928 CAS (BQRx)
CONSENT DECREE

**EXHIBIT 1**

# Disney Enterprises, Inc.
## Copyright Registrations

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | Winnie the Pooh and the Honey Tree | Motion Picture |
| RE 718 378 | Winnie the Pooh and the Blustery Day | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 81 532 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | Snow White and the Seven Dwarfs | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | Pinocchio | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | Fantasia | Motion Picture |
| R 433 627 | The Reluctant Dragon | Motion Picture |
| R 442 538 | Dumbo | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |

* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly

# Disney Enterprises, Inc.
## Copyright Registrations

| | | |
|---|---|---|
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | Bambi | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | Saludos Amigos | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | The Three Caballeros | Motion Picture |
| R 550 316 | Make Mine Music | Motion Picture |
| R 557 922 | Song of the South | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | Fun and Fancy Free | Motion Picture |
| R 605 180 | Melody Time | Motion Picture |
| R 636 303 | The Adventures of Ichabod & Mr. Toad | Motion Picture |
| R 648 396 | Cinderella | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | Alice in Wonderland | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice - 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | Peter Pan | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | Lady and the Tramp | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | Sleeping Beauty | Motion Picture |

\* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly

# Disney Enterprises, Inc.
## Copyright Registrations

| | | |
|---|---|---|
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | One Hundred and One Dalmatians | Motion Picture |
| RE 546 478 | The Sword in the Stone | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | Mary Poppins | Motion Picture |
| RE 705 510 | The Jungle Book | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | The Aristocats | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| Lp 39 817 | Bedknobs and Broomsticks | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | Robin Hood | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | The Rescuers | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | Pete's Dragon | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | The Fox and the Hound | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |

\* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly

## Disney Enterprises, Inc.
## Copyright Registrations

| | | |
|---|---|---|
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | The Black Cauldron | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | The Great Mouse Detective | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 368 781 | Who Framed Roger Rabbit* | Motion Picture |
| VAu 115 247 | Roger Rabbit* | Model Sheet |
| VAu 115 246 | Jessica* | Model Sheet |
| VAu 115 244 | Baby Herman* | Model Sheet |
| VAu 115 245 | Benny the Car* | Model Sheet |
| PA 385 556 | Oliver and Company | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | The Little Mermaid | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | DuckTales | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |

\* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly

*Disney Enterprises, Inc.*
*Copyright Registrations*

| | | |
|---|---|---|
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |

\* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly

## Disney Enterprises, Inc.
## Copyright Registrations

| | | |
|---|---|---|
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| VA 875 986 | A Bug's Life | Style Guide |
| VAu 399 357 | Flik | Model Sheets |
| VAu 399 356 | Hopper | Model Sheets |
| VAu 399 351 | Atta | Model Sheets |
| VAu 399 349 | Dot | Model Sheets |
| VAu 399 343 | Dim | Model Sheets |
| VAu 399 352 | Tuck & Roll | Model Sheets |
| VAu 399 350 | Francis | Model Sheets |

\* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly

## Disney Enterprises, Inc.
## Copyright Registrations

| | | |
|---|---|---|
| VAu 399 348 | Heimlich | Model Sheets |
| VAu 399 353 | Slim | Model Sheets |
| VAu 399 342 | Rosie | Model Sheets |
| VAu 399 346 | P.T. Flea | Model Sheets |
| VAu 399 345 | Manny | Model Sheets |
| VAu 399 344 | Gypsy | Model Sheets |
| VAu 399 347 | Thumper | Model Sheets |
| VAu 399 354 | Molt | Model Sheets |
| VAu 399 355 | Queen | Model Sheets |

\* Roger Rabbit and the characters which appeared in that motion picture are owned by Disney Enterprises, Inc. and Amblin Entertainment jointly